UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-60749-CIV-COHN/SELTZER

CARINA HAMILTON f/k/a LISA MONTI and
DAVID S. WIEDER on behalf of themselves and
all others similarly situated,

    Plaintiffs,

v.

SUNTRUST MORTGAGE INC., QBE
SPECIALTY INSURANCE COMPANY and
STERLING NATIONAL INSURANCE AGENCY
n/k/a QBE FIRST INSURANCE AGENCY,

    Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Class Members/Objectors Amirali Jabrani and Janet Jabrani appeal to the United States Court of Appeals for the Eleventh Circuit from the Order Granting Final Approval to Class Action Settlement and Final Judgment (Dkt. #178) entered in this action on October 23, 2014. Class Members/Objectors also hereby appeal from any order or judgment approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this objector or the objection filed by this objector, including any entered or signed subsequent to this notice of appeal. A copy of Dkt. #178 is attached hereto. (See Exhibit "A").

Dated: October 23, 2014

Respectfully submitted,

/s/Santiago A. Cueto  
Santiago A. Cueto  
Cueto Law Group  
4000 Ponce de Leon Blvd., Suite 470  
Coral Gables, Florida 33146  
Telephone:    (305) 777-0377  
Facsimile:    (305) 777-0449  
Email: Sc@cuetolawgroup.com

Attorneys for Objectors/Class Members

## Certificate of Service

The undersigned certifies that today he filed the foregoing objection and associated declarations on ECF which will send electronic notification to all attorneys registered for ECF-filing. The undersigned further certifies he caused to be served via USPS First Class Mail, postage prepaid, a copy of this Notice of Appeal and associated exhibits upon the following.

DATED: October 23, 2014

Adam M. Moskowitz
Kozyak, Tropin, & Throckmorton, P.A.
2525 Ponce de Leon Blvd.,
9th Floor
Coral Gables, FL 33134

Marc J. Gottlieb, Esq.
AKERMAN LLP
350 East Las Olas Blvd., Suite 1600
Fort Lauderdale, Florida 33301

Robyn C. Quattrone
BuckleySandler LLP
1250 24th Street, NW, Suite 700
Washington, DC 20037

/s/Santiago A. Cueto
Santiago A. Cueto