Case 0:13-cv-60749-JIC Document 183 Entered on FLSD Docket 11/03/2014 Page 1 of 3
Case: 14-14892 Date Filed: 10/29/2014 Page: 1 of 21
Case 0:13-cv-60749-JIC Document 180 Filed 10/28/14 Page 1 of 3



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-60749-CIV-COHN/SELTZER

CARINA HAMILTON f/k/a LISA MONTI and
DAVID S. WIEDER on behalf of themselves and
all others similarly situated,

    Plaintiffs,

v.

SUNTRUST MORTGAGE INC., QBE
SPECIALTY INSURANCE COMPANY and
STERLING NATIONAL INSURANCE AGENCY
n/k/a QBE FIRST INSURANCE AGENCY,

    Defendants.

---

## NOTICE OF APPEAL

---

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 03, 2014

Santiago A. Cueto
Attorney at Law
4000 PONCE DE LEON BLVD STE 470
CORAL GABLES, FL 33146-1432

Appeal Number: 14-14892-A
Case Style: n v. Amirali Jabrani, et al
District Court Docket No: 0:13-cv-60749-JIC

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application for Admission to the Bar and Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov. The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

11th Cir. R. 33-1(a) requires appellant to file a Civil Appeal Statement in most civil appeals. You must file a completed Civil Appeal Statement, with service on all other parties, within 14 days from the date of this letter. Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov, and as provided by 11th Cir. R. 33-1(a).

FRAP 26.1 and the accompanying circuit rules provide that the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) must be filed with the court by every appellant, appellee, intervenor and amicus curiae, including governmental parties. Appellants (and cross-appellants) must file their CIP within 14 days of the date this appeal has been docketed, or along with the filing in this court of any motion, petition, or pleading, whichever occurs first. The time for filing the opposing party's CIP or notice is set by 11th Cir. R. 26.1-2(c). In the case of publicly traded corporations, counsel must include the stock ticker symbol after the corporate

name. See 11th Cir.R. 26.1-3(c).

On the same day the CIP is served, the party filing it must also complete the court's web-based certificate at the Web-Based CIP link of the court's website. Pro se parties are **not required or authorized** to complete the web-based certificate.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the default(s) noted below have been corrected:

Pay to the DISTRICT COURT clerk the docketing and filing fees, with notice to this office, **or** request leave to proceed in forma pauperis on appeal in the district court. See Fed.R. App.P. 24(a). If the district court denies such leave, appellant may file in this court a Motion to Proceed in forma pauperis in this court with a financial affidavit.

File a Transcript Information Form, as required by Fed.R.App.P. 10(b)(1); a Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Denise E. O'Guin, A
Phone #: (404) 335-6188

DKT-2 Appeal WITH Deficiency