Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 1
Receipt Number: FLS100089433
Cashier ID: vthomas
Transaction Date: 11/05/2014
Payer Name: CUETO LAW GROUP LLC
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: CUETO LAW GROUP LLC
 Case/Party: D-FLS-0-13-CV-060749-001
 Amount:        $505.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 1138
 Amt Tendered:  $505.00
------------------------------------
Total Due:       $505.00
Total Tendered: $505.00
Change Amt:      $0.00


Returned check fee $53


Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.