```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       FT. LAUDERDALE DIVISION
                      Case 13-60749-CIV-COHN


CARINA HAMILTON f/k/a LISA MONTI
and DAVID S. WIEDER, on behalf of
themselves and all others similarly
situated.
              Plaintiffs,
                                              FORT LAUDERDALE, FLORIDA
     vs.
                                              October 17, 2014
SUNTRUST MORTGAGE, INC., et al.,
              Defendants.
-----------------------------------------------------------------


           TRANSCRIPT OF CLASS ACTION FAIRNESS HEARING
                BEFORE THE HONORABLE JAMES I. COHN,
                  UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:         ADAM M. MOSKOWITZ and THOMAS A.
                           TUCKER RONZETTI, ESQS.
                           Kozyak Tropin & Throckmorton
                           2525 Ponce de Leon Boulevard
                           Suite 900
                           Coral Gables, Fl 33134
                           HOWARD MITCHELL BUSHMAN and
                           LANCE AUGUST HARKE, ESQS.
                           Harke Clasby & Bushman
                           9699 NE 2nd Avenue
                           Miami Shores, Fl 33138
FOR DEFENDANT SUNTRUST:    MARC JONATHAN GOTTLIEB, ESQ.
                           Ackerman Senterfitt & Eidson
                           Las Olas Centre
                           350 E Las Olas Boulevard, Suite 1600
                           Ft. Lauderdale, Fl 33301
```

```
 1  APPEARANCES CONTINUED:

 2  FOR DEFENDANT QBE:        ROSS E. MORRISON
                              Buckley Sandler, LLP
 3                            1250 24th NW, Suite 700
                              Washington, D.C. 20037
 4

 5

 6

 7
     REPORTED BY:             PAULINE STIPES, RPR-RMR
 8                            Official United States Court Reporter
                              299 E. Broward Boulevard
 9                            Ft. Lauderdale, FL  33301
                                              954.769.5496
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

APPEARANCES CONTINUED:

```
 1              THE COURT:  The matter before the Court is Carina
 2   Hamilton, formerly known as, Lisa Monti and David S. Wieder
 3   versus Suntrust Mortgage, Incorporated, et al.
 4              This is case 13 dash 60749-Civ.
 5              Would counsel state your appearance.
 6              MR. MOSKOWITZ:  For the Plaintiffs, Adam Moskowitz,
 7   Tucker Ronzetti, Howard Bushman, and Lance Harke.
 8              MR. GOTTLIEB:  Marc Gottlieb on behalf of Ackerman
 9   Senterfitt & Eidson on behalf of Suntrust.
10              MR. MORRISON:  Ross Morrison on behalf of QBE.
11              THE COURT:  All right.  This is a fairness hearing on
12   the class action settlement.
13              The Court has reviewed the settlement agreement.
14              I have a few questions I would like to ask.
15              What is the class size?
16              MR. MOSKOWITZ:  Your Honor, class size is
17   approximately 63,000 homeowners.
18              THE COURT:  63,000?  And I understand there are five
19   opt outs.
20              MR. MOSKOWITZ:  Yes, your Honor.
21              THE COURT:  How many class members have filed claims?
22              MR. MOSKOWITZ:  We believe a little bit over 4,000 at
23   this time.
24              There is still a few months left in the claims period.
25              THE COURT:  I understand.  Claims period ends January
```

```
 1  15, 2015, correct?
 2          MR. MOSKOWITZ:  Yes.
 3          THE COURT:  Only 4,000 of the 63,000 filed claims?
 4          MR. MOSKOWITZ:  It is about 4300 at this time.
 5          THE COURT:  4300, okay.
 6          I understand an objection has been filed by Amirali
 7  Jabrani and Janet Jabrani through attorney Santiago Cueto.
 8          MR. MOSKOWITZ:  Yes, your Honor.
 9          THE COURT:  The pleading I got yesterday indicating
10  that Mr. Cueto was not going to be present.
11          Are there any objectors in the courtroom?
12          I see somebody setting back there.
13          None, okay.
14          The objections, first objection related to the
15  injunctive relief achieved alleging that it is, is,
16  essentially, illusory because the Defendants have a business
17  incentive to refrain from the enjoined practices already.
18          What say the Plaintiff?
19          MR. MOSKOWITZ:  It is not exactly accurate, your
20  Honor.
21          There has been some State Regulations like in Florida,
22  Texas and California that mandated certain changes in those
23  states, not across the country; also, Fannie Mae and Freddie
24  Mac have their own guidelines for mortgages which they
25  guarantee.  It is not binding.  It is a current Regulation
```

1  which they decided could be changed at any moment.
2          What this brings us, nationwide, important injunctive
3  changes, and for a certain period of time that would be
4  enforced by the Court.  Unlike Fannie Mae who next month can
5  say we are going to change our Regulations, they are just
6  guidelines.
7          There are very important changes, and this is the
8  seventh lender class action case we have reached settlement
9  with different servicers and the different insurors.
10         The same argument in Chase, Judge Moreno granted final
11 approval a couple months ago.
12         This one objector out of the 63,000 is a professional
13 objector.  Chris Bandas has been in trouble all across the
14 country.  This couple, Jabrani, they go around the country and
15 file objections.
16         They make the allegations with no substance.  Never
17 litigated a case before, Mr. Cutoe, I don't believe has ever
18 done a class action case.  I contacted him.  He never responded
19 back so we could find out what is the basis of their objection.
20          It is a little suspect in this case unlike other class
21 actions where they have objections behind them, here these are
22 copied from other people in other cases.
23         THE COURT:  The second objection, because the monetary
24 award will only be distributed on a claims-made basis, that is,
25 that Suntrust will pay only if a class member makes a claim.

1              The Court cannot determine the actual value of the
2    settlement agreement until after January 15, 2015, which is the
3    last day that a class member can make a claim.
4              The objection is, essentially, that the Court is
5    unable to evaluate the propriety of the requested $3,600,000
6    attorneys' fee.
7              What say the Plaintiff?
8              MR. MOSKOWITZ:  That is an objection raised in Chase
9    that was rejected.
10             The Waters, 11th Circuit, case here in our District
11   says the way you value the settlement, what you are making
12   available to the class?  What is the value?
13             If they decide not to file a claim or partake in their
14   recovery, that is their decision.
15             What Waters says, you look at the value.  Just the
16   monetary relief is worth 18.9 million dollars.  If all the
17   class members file claims, it is important that it is
18   reasonable, easy, not burdensome.
19             In this case, its doesn't require you to provide any
20   additional evidence, any support, any documentation, just check
21   a box and send it back.
22             The value to those people is 18.9 million.  Forget the
23   injunctive relief.  We value the injunctive relief, as well.
24             Of the 18.9 million, 3.6 is very low, very reasonable,
25   much lower than 20 percent.

1            THE COURT:  16 percent of the monetary value of the
2   settlement to the class members.
3            So, I guess what you are telling me, then, is the fact
4   that to date there have only been 4300 -- approximately 4300
5   claims made out of the class size of 63,000, that that is of no
6   consequence in determining the reasonableness of the requested
7   fee.
8            MR. MOSKOWITZ:  Yes, your Honor, and that was the
9   point made by a Federal Judge in New York last month in the
10  Citibank settlement, a very low rate.  The Court said, to grant
11  final approval the job is to see is the settlement fair and
12  reasonable?
13           Is what you are making available to the class fair and
14  reasonable, not how much the people want to claim from it.
15           They rejected the same argument there as Judge Moreno
16  did in Chase.
17           THE COURT:  Let me ask you about the settlement that
18  Judge Moreno approved.
19           Do you recall the class size in that case?
20           MR. MOSKOWITZ:  Much, much larger.  Our Chase
21  settlement, 780,000 class members.
22           THE COURT:  780,000.  At the time Judge Moreno
23  conducted a fairness hearing, how many claims had been made at
24  that point, if you can recall?
25           MR. MOSKOWITZ:  At the time of the hearing, around

1  46,000 claims had been submitted.

2         We know it goes up after the settlement.  We see the
3  numbers go up near the end.  That was especially true in
4  Williams, our first class action against Wells Fargo.

5         THE COURT:  Anything else either party wishes to add?

6         MR. GOTTLIEB:  No, your Honor.

7         MR. MORRISON:  No, your Honor.

8         THE COURT:  Okay, all right.

9         The Court has reviewed the settlement agreement and
10 considered the objections -- or, the objection made.

11        In addition, the Court has considered the six relevant
12 factors set forth in Bennett versus Behring Corporation.  That
13 is B-e-h-r-i-n-g, 737 -- excuse me -- yes, 737 F.2d 982, 11th
14 Circuit, 1984, and the Court finds that the settlement is fair,
15 reasonable and adequate and is not the product of collusion
16 between the parties.

17        The Court is going to overrule the objection filed and
18 grant the final approval of the settlement, the application for
19 service awards and class counsel's application for attorney's
20 fees and expenses.

21        Mr. Moskowitz, when can you present a proposed order
22 for the Court?

23        MR. MOSKOWITZ:  By Monday.

24        THE COURT:  That will be fine.

25        Gentlemen, anything further?

```
 1              MR. MOSKOWITZ:  No, thank you.
 2              THE COURT:  Thank you all.
 3              (Thereupon, the hearing was concluded.)
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

I hereby certify that the foregoing is an accurate transcription of proceedings in the above-entitled matter.

```
November 14, 2014              \s\ Pauline Stipes
_____                _____
                               (MRS.) PAULINE STIPES, RPR-RMR
                               Official United States Court Reporter
                               299 E. Broward Boulevard
                               Ft. Lauderdale, Fl 33301
                                                          954.769.5496
F1 $BQuality Assurance by Proximity Linguibase Technologies
```

### A
**above-entitled** 10:3
**accurate** 4:19 10:2
**achieved** 4:15
**Ackerman** 1:22 3:8
**action** 1:12 3:12 5:8,18 8:4
**actions** 5:21
**actual** 6:1
**Adam** 1:15 3:6
**add** 8:5
**addition** 8:11
**additional** 6:20
**adequate** 8:15
**ago** 5:11
**agreement** 3:13 6:2 8:9
**al** 1:9 3:3
**allegations** 5:16
**alleging** 4:15
**Amirali** 4:6
**appearance** 3:5
**APPEARANCES** 1:14 2:1
**application** 8:18,19
**approval** 5:11 7:11 8:18
**approved** 7:18
**approximately** 3:17 7:4
**argument** 5:10 7:15
**Assurance** 10:8
**attorney** 4:7
**attorneys** 6:6
**attorney's** 8:19
**AUGUST** 1:19
**available** 6:12 7:13
**Avenue** 1:20
**award** 5:24
**awards** 8:19

### B
**back** 4:12 5:19 6:21
**Bandas** 5:13
**basis** 5:19,24
**behalf** 1:5 3:8,9,10
**Behring** 8:12
**believe** 3:22 5:17
**Bennett** 8:12
**binding** 4:25
**bit** 3:22
**Boulevard** 1:17,23 2:8 10:6
**box** 6:21
**BQuality** 10:8
**brings** 5:2
**Broward** 2:8 10:6
**Buckley** 2:2
**burdensome** 6:18
**Bushman** 1:19,20 3:7
**business** 4:16
**B-e-h-r-i-n-g** 8:13

### C
**C** 10:1,1
**California** 4:22
**Carina** 1:4 3:1
**case** 1:3 3:4 5:8,17,18,20 6:10,19 7:19
**cases** 5:22
**Centre** 1:23
**certain** 4:22 5:3
**certify** 10:2
**change** 5:5
**changed** 5:1
**changes** 4:22 5:3,7
**Chase** 5:10 6:8 7:16,20
**check** 6:20
**Chris** 5:13
**Circuit** 6:10 8:14
**Citibank** 7:10
**claim** 5:25 6:3,13 7:14
**claims** 3:21,24,25 4:3 6:17 7:5,23 8:1
**claims-made** 5:24
**Clasby** 1:20
**class** 1:12 3:12,15,16,21 5:8,18,20 5:25 6:3,12,17 7:2,5,13,19,21 8:4 8:19
**COHN** 1:13
**collusion** 8:15
**concluded** 9:3
**conducted** 7:23
**consequence** 7:6

**considered** 8:10,11
**contacted** 5:18
**CONTINUED** 2:1
**copied** 5:22
**Coral** 1:18
**Corporation** 8:12
**correct** 4:1
**counsel** 3:5
**counsel's** 8:19
**country** 4:23 5:14,14
**couple** 5:11,14
**Court** 1:1 2:8 3:1,1,11,13,18,21,25 4:3,5,9 5:4,23 6:1,4 7:1,10,17,22 8:5,8,9,11,14,17,22,24 9:2 10:6
**courtroom** 4:11
**Cueto** 4:7,10
**current** 4:25
**Cutoe** 5:17

### D
**dash** 3:4
**date** 7:4
**David** 1:5 3:2
**day** 6:3
**de** 1:17
**decide** 6:13
**decided** 5:1
**decision** 6:14
**DEFENDANT** 1:22 2:2
**Defendants** 1:10 4:16
**determine** 6:1
**determining** 7:6
**different** 5:9,9
**distributed** 5:24
**District** 1:1,1,13 6:10
**DIVISION** 1:2
**documentation** 6:20
**doesn't** 6:19
**dollars** 6:16
**don't** 5:17
**D.C** 2:3

### E
**E** 1:23 2:2,8 10:1,1,6
**easy** 6:18
**Eidson** 1:22 3:9
**either** 8:5
**ends** 3:25
**enforced** 5:4
**enjoined** 4:17
**especially** 8:3
**ESQ** 1:22
**ESQS** 1:16,19
**essentially** 4:16 6:4
**et** 1:9 3:3
**evaluate** 6:5
**evidence** 6:20
**exactly** 4:19
**excuse** 8:13
**expenses** 8:20

### F
**F** 10:1
**fact** 7:3
**factors** 8:12
**fair** 7:11,13 8:14
**fairness** 1:12 3:11 7:23
**Fannie** 4:23 5:4
**Fargo** 8:4
**Federal** 7:9
**fee** 6:6 7:7
**fees** 8:20
**file** 5:15 6:13,17
**filed** 3:21 4:3,6 8:17
**final** 5:10 7:11 8:18
**find** 4:17
**finds** 8:14
**fine** 8:24
**first** 4:14 8:4
**five** 3:18
**FI** 1:18,21,24 2:9 10:7
**Florida** 1:1,7 4:21
**foregoing** 10:2
**Forget** 6:22
**formerly** 3:2
**FORT** 1:7
**forth** 8:12
**Freddie** 4:23

**Ft** 1:2,24 2:9 10:7
**further** 8:25
**F.2d** 8:13
**f/k/a** 1:4
**F1** 10:8

### G
**Gables** 1:18
**Gentlemen** 8:25
**go** 5:14 8:3
**goes** 8:2
**going** 4:10 5:5 8:17
**Gottlieb** 1:22 3:8,8 8:6
**grant** 7:10 8:18
**granted** 5:10
**guarantee** 4:25
**guess** 7:3
**guidelines** 4:24 5:6

### H
**Hamilton** 1:4 3:2
**Harke** 1:19,20 3:7
**hearing** 1:12 3:11 7:23,25 9:3
**homeowners** 3:17
**Honor** 3:16,20 4:8,20 7:8 8:6,7
**HONORABLE** 1:13
**Howard** 1:19 3:7

### I
**illusory** 4:16
**important** 5:2,7 6:17
**incentive** 4:17
**Incorporated** 3:3
**indicating** 4:9
**injunctive** 4:15 5:2 6:23,23
**insurors** 5:9

### J
**Jabrani** 4:7,7 5:14
**JAMES** 1:13
**Janet** 4:7
**January** 3:25 6:2
**job** 7:11
**JONATHAN** 1:22
**Judge** 1:13 5:10 7:9,15,18,22

### K
**know** 8:2
**known** 3:2
**Kozyak** 1:16

### L
**Lance** 1:19 3:7
**larger** 7:20
**Las** 1:23,23
**Lauderdale** 1:2,7,24 2:9 10:7
**left** 3:24
**lender** 5:8
**Leon** 1:17
**Linguibase** 10:8
**Lisa** 1:4 3:2
**litigated** 5:17
**little** 3:22 5:20
**LLP** 2:2
**look** 6:15
**low** 6:24 7:10
**lower** 6:25

### M
**M** 1:15
**Mac** 4:24
**Mae** 4:23 5:4
**making** 6:11 7:13
**mandated** 4:22
**Marc** 1:22 3:8
**matter** 3:1 10:3
**member** 5:25 6:3
**members** 3:21 6:17 7:2,21
**Miami** 1:21
**million** 6:16,22,24
**MITCHELL** 1:19
**moment** 5:1
**Monday** 8:23
**monetary** 5:23 6:16 7:1
**month** 5:4 7:9
**months** 3:24 5:11
**Monti** 1:4 3:2

**Moreno** 5:10 7:15,18,22
**Morrison** 2:2 3:10,10 8:7
**Mortgage** 1:9 3:3
**mortgages** 4:24
**Moskowitz** 1:15 3:6,6,16,20,22 4:2 4:4,8,19 6:8 7:8,20,25 8:21,23 9:1

### N
**nationwide** 5:2
**NE** 1:20
**near** 8:3
**never** 5:16,18
**New** 7:9
**November** 10:4
**numbers** 8:3
**NW** 2:3

### O
**objection** 4:6,14 5:19,23 6:4,8 8:10 8:17
**objections** 4:14 5:15,21 8:10
**objector** 5:12,13
**objectors** 4:11
**October** 1:8
**Official** 2:8 10:6
**okay** 4:5,13 8:8
**Olas** 1:23,23
**opt** 3:19
**order** 8:21
**outs** 3:19
**overrule** 8:17

### P
**partake** 6:13
**parties** 8:16
**party** 8:5
**Pauline** 2:7 10:4,5
**pay** 5:25
**people** 5:22 6:22 7:14
**percent** 6:25 7:1
**period** 3:24,25 5:3
**Plaintiff** 1:15 4:18 6:7
**Plaintiffs** 1:7 3:6
**pleading** 4:9
**point** 7:9,24
**Ponce** 1:17
**practices** 4:17
**present** 4:10 8:21
**proceedings** 10:3
**product** 8:15
**professional** 5:12
**proposed** 8:21
**propriety** 6:5
**provide** 6:19
**Proximity** 10:8

### Q
**QBE** 2:2 3:10
**questions** 3:14

### R
**R** 10:1
**raised** 6:8
**rate** 7:10
**reached** 5:8
**reasonable** 6:18,24 7:12,14 8:15
**reasonableness** 7:6
**recall** 7:19,24
**recovery** 6:14
**refrain** 4:17
**Regulation** 4:25
**Regulations** 4:21 5:5
**rejected** 6:9 7:15
**related** 4:14
**relevant** 8:11
**relief** 4:15 6:16,23,23
**REPORTED** 2:7
**Reporter** 2:8 10:6
**requested** 6:5 7:6
**require** 6:19
**responded** 5:18
**reviewed** 3:13 8:9
**right** 3:11 8:8
**Ronzetti** 1:16 3:7
**Ross** 2:2 3:10
**RPR-RMR** 2:7 10:5

**S**

**s** 1:5 3:2 10:4
**Sandler** 2:2
**Santiago** 4:7
**says** 6:11,15
**second** 5:23
**see** 4:12 7:11 8:2
**send** 6:21
**Senterfitt** 1:22 3:9
**service** 8:19
**servicers** 5:9
**set** 8:12
**setting** 4:12
**settlement** 3:12,13 5:8 6:2,11 7:2
    7:10,11,17,21 8:2,9,14,18
**seventh** 5:8
**Shores** 1:21
**similarly** 1:5
**situated** 1:6
**six** 8:11
**size** 3:15,16 7:5,19
**somebody** 4:12
**SOUTHERN** 1:1
**state** 3:5 4:21
**states** 1:1,13 2:8 4:23 10:6
**Stipes** 2:7 10:4,5
**submitted** 8:1
**substance** 5:16
**Suite** 1:17,23 2:3
**Suntrust** 1:9,22 3:3,9 5:25
**support** 6:20
**suspect** 5:20

**T**

**T** 10:1,1
**Technologies** 10:8
**telling** 7:3
**Texas** 4:22
**thank** 9:1,2
**THOMAS** 1:15
**Throckmorton** 1:16
**time** 3:23 4:4 5:3 7:22,25
**TRANSCRIPT** 1:12
**transcription** 10:3
**Tropin** 1:16
**trouble** 5:13
**true** 8:3
**Tucker** 1:16 3:7

**U**

**unable** 6:5
**understand** 3:18,25 4:6
**United** 1:1,13 2:8 10:6

**V**

**value** 6:1,11,12,15,22,23 7:1
**versus** 3:3 8:12
**vs** 1:8

**W**

**want** 7:14
**Washington** 2:3
**Waters** 6:10,15
**way** 6:11
**Wells** 8:4
**Wieder** 1:5 3:2
**Williams** 8:4
**wishes** 8:5
**worth** 6:16

**Y**

**yesterday** 4:9
**York** 7:9

**$**

**$3,600,000** 6:5

**1**

**11th** 6:10 8:13
**1250** 2:3
**13** 3:4
**13-60749-CIV-COHN** 1:3
**14** 10:4
**15** 4:1 6:2
**16** 7:1
**1600** 1:23
**17** 1:8
**18.9** 6:16,22,24
**1984** 8:14

**2**

**2nd** 1:20
**20** 6:25
**20037** 2:3
**2014** 1:8 10:4
**2015** 4:1 6:2
**24th** 2:3
**2525** 1:17
**299** 2:8 10:6

**3**

**3.6** 6:24
**33134** 1:18
**33138** 1:21
**33301** 1:24 2:9 10:7
**350** 1:23

**4**

**4,000** 3:22 4:3
**4300** 4:4,5 7:4,4
**46,000** 8:1

**6**

**60749-Civ** 3:4
**63,000** 3:17,18 4:3 5:12 7:5

**7**

**700** 2:3
**737** 8:13,13
**780,000** 7:21,22

**9**

**900** 1:17
**954.769.5496** 2:9 10:7
**9699** 1:20
**982** 8:13