# EXHIBIT A



October 28, 2014

Santiago A. Cueto
sc@CuetoLawGroup.com

<u>*Via Email: amm@kttlaw.com*</u>
Adam Moskotwitz
KOZYAK, TROPIN & THROCKMORTON
2525 Ponce de Leon, 9th Floor
Miami, Florida 33134

      Re:   *In re: Hamilton v. SunTrust*, 13-cv60749
              *In re: Fladell v. Wells Fargo*, 13-cv60721

Dear Mr. Moskowitz:

      I am in receipt of your letter dated October 27, 2014 in which you request my clients' depositions.

      Without waiver of their rights under Rule 45, or any other applicable rules, of the Federal Rules of Civil Procedure, the Jabranis will be voluntarily produced for their deposition at the offices of HAAR & WOODS, LLP, 1010 Market Street, Suite 1620, St Louis Missouri 63101. Copies of my clients' engagement letters and documents related to the objections will be voluntarily produced.

      We have asked Mr. Woods at HAAR & WOODS to get us dates in the time periods you have requested (*i.e.*, next two weeks). As soon as we hear back from him regarding his conflicts check and availability, we will let you know. We hope that will be by tomorrow as you requested. We should also have available dates for the Jabranis by tomorrow as well.

      We expect that your deposition notices will comply with FED. R. CIV. PROC. 26(g)(1), which requires that any discovery request be accompanied by a certification that the discovery is intended in good faith. Please keep in mind that sanctions under Rule 26 are mandatory if there is not a good faith basis for discovery. We appreciate your stipulation that you will keep the depositions to 2 hours or less.

      As you know, in *Hamilton*, the Fairness Hearing occurred on October 17, 2014, and the District Court entered its Order Granting Final Approval To Class Action Settlement And Final Judgment on October 23, 2014. In *Fladell*, the Fairness Hearing occurred on September 18, 2014, and the District

4000 Ponce de León Blvd, Suite 470 | Tel: +1 305.777.0377 | sc@cuetolawgroup.com
Coral Gables, FL 33146 | Fax: +1 305.777.0449 | www.CuetoLawGroup.com
                                                                             www.InternationalBusinessLawAdvisor.com

Court entered *sua sponte* its Notice On Proposed Settlement on October 1, 2014, and has not yet ruled on the fairness of the proposed settlement or the award of attorneys' fees.

Please give serious thought to what you hope to discover in these depositions that remains relevant to any fact issues in the case. Given the completeness of the information in the Jabranis' pleadings (there is no dispute that they are class members (with standing to object; and there seem to be no other subjects on which you might depose the Jabranis that would be relevant to their objections). The basis for their objections are well articulated in both cases.

Finally, a couple points about your letter that need clarification. First, I am not "local counsel" for the Jabranis in these two cases. I am their counsel. I am certainly not "local counsel" for Bandas. He is not a party. Again, I am the Jabranis' counsel of record in these two cases.

Sincerely,

*Santiago Cueto*

Santiago Cueto

Cc: Pete Woods
*Via Email*: petewoods@haar-woods.com

Chris Bandas
*Via Email*: cbandas@bandaslawfirm.com

4000 Ponce de León Blvd, Suite 470
Coral Gables, FL 33146

Tel: +1 305.777.0377
Fax: +1 305.777.0449

sc@cuetolawgroup.com
www.CuetoLawGroup.com
www.InternationalBusinessLawAdvisor.com