# EXHIBIT C

## CLASS ACTION OBJECTOR
## POWER OF ATTORNEY AND CONTINGENT FEE AGREEMENT

This agreement ("Agreement") is made between Amirali S. Jabrani ("Client(s)" or "you") and BANDAS LAW FIRM, P.C. (hereinafter "Attorneys" or "BLF").

In consideration of the mutual promises contained herein, Client(s) and Attorneys agree as follows:

1. **SCOPE AND METHOD OF REPRESENTATION**

    1.1 Attorneys' Legal Services. You agree Attorneys will: Prepare and file on your behalf an objection to proposed class action settlements in the following matter and represent you in any appeal therefrom (the "Objection"): Case No. 13-60749; *Hamilton v. SunTrust Mortgage, Inc., et al.*; In the United States District Court for the Southern District of Florida.

    1.2 Method of Representation. BLF is a Texas law firm located at 500 N. Shoreline, Suite 1020, Corpus Christi, Texas 78401, (361) 698-5200. Our lawyers are licensed in Texas and in certain federal courts. However, if necessary, Attorneys will seek admission before the Court *pro hac vice* and/or as required by the applicable federal and/or state and/or local rules of practice applicable this litigation and/or will seek to associate local counsel in order to effectuate this representation in compliance with any such rules. Client authorizes that Attorneys prepare any Objection(s) for filing with the Court and, if necessary, any appeals therefrom.

    1.3 Purpose of Representation: As a member of the above referenced class, your legal rights are affected by the proposed settlement in that case. As a class member, you have the right to comment and object to the proposed settlement as prescribed by the Court in the notice of proposed class action settlement and Rule 23 of the Federal Rules of Civil Procedure. As a class member, you have the right to seek legal advice and have a lawyer represent you with respect to making any comments or objections to the proposed settlement. You acknowledge that, prior to the execution of this agreement, you contacted me seeking legal advice about your rights and options as a class member. You further acknowledge the following: (1) that you were not solicited by me or any other lawyer; (2) you have not been paid or promised any money, incentive or any other consideration to assert your rights as a class member with an interest in the proposed settlement; and (3) you authorize the disclosure of this fee agreement to the Court or any counsel in the case if requested.

2. **YOUR REPRESENTATIONS AND DUTIES AS AN OBJECTOR**

    2.1 You represent that you are a member of the proposed settlement class based upon your review of the class definition contained in the class notice you have reviewed at the following website: www.hamiltonsettlement.com.

Power of Attorney and Contingency Fee Agreement - Page 1

2.2  If requested, you represent you can demonstrate you are a member of the settlement Class through documentation or by affidavit.

2.3  In return for your agreement and representations made herein, attorneys agree that no settlement or resolution will be made of your objection or any appeal therefrom without your prior approval and you shall retain the right to determine whether to proceed with this objection or any appeal therefrom, including the right to approve any settlement or resolution of same.

3. ATTORNEYS' FEES, EXPENSES AND PAYMENTS TO YOU

3.1  Class Action Settlement: If the proposed class action settlement is approved by the Court, you will receive the full amount of any benefits you are entitled to receive under the settlement as a class member (if a Claim is required you will usually need to file a claim to receive benefits; Attorneys may assist you in filing a claim, but they are not required to do so). Attorneys shall not be entitled to receive any portion of your share of the benefits under the class settlement and have no interest in any benefits you may be entitled to receive as a class member. You understand that by objecting to this particular settlement you may make your receipt of benefits under this particular settlement less likely in the event a court rejects the settlement based upon the arguments asserted by Attorneys on your behalf.

3.2  Incentive Award or Payment: Attorneys may petition the Court for a payment to you, or may ask class counsel or defendant(s) to make a payment to you, in recognition of your service as an objector and/or for other factors related to your service as an objector. This is referred to herein as an Incentive Award or Incentive payment. You understand any incentive award or payment sought will never exceed $5,000. You understand that it cannot be determined with certainty in advance whether you will qualify for an incentive payment or award at all. You understand that Attorneys must follow all applicable laws and rules (including but not limited to seeking court approval, if applicable) as it may apply to incentive payments and awards, and such laws and/or rules may prevent or limit Attorneys' ability to obtain such an incentive award or payment for you. No incentive award or payment has been promised to you, and your service as an objector in this case is not conditioned on your receipt of any incentive payment or award. In the event an incentive award or payment is not made, you will receive only the benefits set forth in section 3.1, if any.

3.3  Attorneys' Fees: You will not be responsible to pay attorneys' fees or expenses of any kind. Attorneys are not sharing any portion of your recovery under paragraphs 3.1 or 3.2 above, if any, and Attorneys have no contingent interest in your recovery under paragraphs 3.1 and 3.2 above. Attorneys are not sharing, and cannot share, any attorneys' fees they might earn in this case with you. You agree Attorneys may seek and/or receive a fee for their services if they are successful in pursuing an objection to the class settlement or any appeal therefrom if agreed to by opposing counsel and/or awarded by the Court, subject to applicable rules and laws. The

attorneys' fees will be paid by the defendants and/or as part of the attorneys' fees awarded to class counsel and/or by award of the Court, and never from your portion of any recovery or settlement under paragraphs 3.1 or 3.2. You acknowledge you do not have any interest in any such fees, if any. You further acknowledge the attorneys' fees may substantially exceed any awards or payments to you as set forth above in Paragraphs 3.1 through 3.2.

### 4. CONFLICTS OF INTEREST

Attorneys have explained and you understand that, if successful, the objection or any appeal there from may result in the disapproval or rejection of the proposed settlement which may, in turn, cause you to lose your right to receive settlement benefits under the proposed settlement, to which you object. You acknowledge and agree to this risk and waive any conflict of interest arising from the objection or any appeal therefrom.

### 5. ADMINISTRATIVE MATTERS

5.1 Termination: Attorneys reserve the right to withdraw from this matter if you fail to honor this Agreement or for any reason permitted or required under the rules of the court or state in which the class action is pending.

5.2 Association of Co-counsel: Attorneys may associate lawyers apart from those with Bandas Law Firm, P.C. to assist in representing you if, before any association becomes effective, you agree in writing to the terms of the arrangement including (1) the identity of all lawyers or law firms involved, (2) whether fees will be divided based on the proportion of services performed or by lawyers agreeing to assume joint responsibility for the representation, and (3) the share of the fee each lawyer or law firm will receive, or if the division is based on the proportion of services performed, the basis on which the division will be made.

5.3 No Guaranty of Results: Attorneys will use their best efforts in representing you in this matter, but we cannot guarantee the outcome of any given matter. You acknowledge Attorneys have made no promises or guarantees concerning the outcome of this matter, and nothing in this agreement shall be construed as such a promise or guarantee.

5.4 Entire Agreement: This Agreement contains the entire agreement between us regarding this matter and the fees, expenses and payments relative thereto. This Agreement shall not be modified except by written agreement signed by both parties.

I certify and acknowledge that I have had the opportunity to read this Agreement, that I have voluntarily entered into this Agreement fully aware of its terms and conditions, and that I have received a copy of this Agreement.

Signed and accepted on this 26th day of July 2014.

Client(s):

_____
Amitali S. Jabrani    7/26/14

Atto

_____
Christopher A. Bandas

Oct 28 14 07:16p                                                                                          p.1



ATTORNEYS AT LAW    1010 Market Street Suite 1620 St. Louis, MO 63101  314.241.2224  Fax 314.241.2227  haar-woods.com

October 28, 2014

**PERSONAL & CONFIDENTIAL--BY ELECTRONIC AND FIRST CLASS MAIL**

Amirali Jabrani
Janet Jabrani
Real Homes, Inc.
2038 Moondance Court
O'Fallon, MO 63368

    RE:   Ira Marc Fladell, et al. v. Wells Fargo Bank, NA, et al.

Dear Mr. and Mrs. Jabrani:

    This letter summarizes the terms of our agreement for the provision of certain limited legal representation related to the Wells Fargo Litigation ("the Litigation"). Specifically, as discussed in more detail with your attorney, Christopher A. Bandas, my firm and I will be representing you for the limited purposes of preparing you for, and defending, your depositions related to the Litigation. Notwithstanding the other terms of this agreement, the two of you, and your corporation Real Homes, Inc., are our clients. In that regard, we will exercise our independent professional judgment concerning all matters related to our limited role. On your part, you agree to disclose all information necessary for me to carry out my role and, specifically, agree that Mr. Bandas and I may share confidential information regarding your case.

    We will charge at the hourly billing rate of $375.00 per hour for my time and our standard rates for any of my partners. Lesser amounts are charged for associate lawyers ($275.00 per hour) and for paralegals ($150.00 per hour). In addition to our fees, we will be entitled to reimbursement of our out-of-pocket expenses, if any. Consistent with your agreement with the Bandas Law Firm, P.C., our fees and expenses will be paid, in the first instance, by that firm. In all other respects, your agreement with Mr. Bandas shall control your financial relationship. We are not sharing in any contingent fee which may result from the Litigation and have agreed to accept payment as described in this agreement as full and final amounts associated with your representation by us.

Oct 28 14 07:16p                                                                  p.2

Amirali Jabrani
Janet Jabrani
October 28, 2014
Page 2

      We will require a retainer from the Bandas Law Firm in the amount of $5,000.00. Bills will be rendered at the end of each calendar month for services provided and expenditures made during that month and are payable upon receipt. To the extent that they exceed the retainer amount, Mr. Bandas, and the Bandas Law Firm, by their signatures below, are acknowledging responsibility in the first instance for payment of our fees and expenses and for simple interest on overdue balances at the rate of 9% per annum from the date first billed and for attorney's fees and costs associated with collecting such amounts, if necessary. If our total fees and expenses are less than $5,000, Mr. Bandas will be entitled to reimbursement of the difference in the amounts billed and the retainer.

      We each reserve the right to terminate this agreement at any time, except that (a) the Bandas Law Firm agrees to confirm payment for the value of all services rendered and expenses incurred up to such termination and in connection with any transfer of documents to you, Mr. Bandas, and/or your new attorney and (b) we agree to provide information and transfer such documents in drafts as may be in our possession to any attorney you choose so that you will not lose the benefit of services previously rendered.

      We will have the right to retain a copy of your records at the end of this engagement. You will have two options with respect to any documents related to the engagement that we do not wish to retain in our files. You can direct and authorize us to (a) return all such documents to you, where practicable or (b) discard or destroy such documents. If you do not select one of these options for the disposition of documents within 60 days after our notice to you of your need to make such a decision, the notice made by us by either electronic or regular mail at your last known address, we may handle the documents as we see fit, including destroying them as one such option.

      If you would like to proceed, and this letter reflects an arrangement that is acceptable to you, please sign and return the original of this letter to us.

      I look forward to working with you on these matters and to a prompt resolution.

                                      Very truly yours,

                                      Pete Woods

PCW/nda

Amirali Jabrani
Janet Jabrani
October 28, 2014
Page 3

ACCEPTED:

_____
Amirali Jabrani, on behalf of himself and
Real Homes, Inc.

Dated: 10/28/14

_____
Janet Jabrani, on behalf of herself and
Real Homes, Inc.

Dated: 10/28/14

_____
Christopher A. Bandas, on behalf of himself
and the Bandas Law Firm, P.C.

Dated: 10/28/14