# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-cv-60749-JIC

CARINA HAMILTON f/k/a LISA MONTI,
and DAVID S. WIEDER on behalf of themselves
and all others similarly situated,

    Plaintiffs,

v.

SUNTRUST MORTGAGE, INC., QBE
SPECIALTY INSURANCE COMPANY,
and STERLING NATIONAL INSURANCE
AGENCY n/k/a QBE FIRST INSURANCE
AGENCY,

    Defendants.

---

### DECLARATION OF JENNIFER M. KEOUGH REGARDING ESTIMATE OF ADDITIONAL COSTS FOR SETTLEMENT ADMINISTRATION DUE TO PENDING APPEAL

I, JENNIFER M. KEOUGH, declare as follows:

1. I am Chief Operating Officer of The Garden City Group, Inc. ("GCG"). The following statements are based on my personal knowledge and information provided by other GCG employees working under my supervision and, if called on to do so, I could and would testify competently thereto.

2. GCG was retained as the Settlement Administrator in the above-captioned Class Action to implement the Settlement Notice program and perform other administrative tasks in accordance with the Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Certifying Class for Settlement Purposes, Directing the Issuance of Class Notice, and Scheduling a Final Approval Hearing entered on June 18, 2014 (Docket Entry 165).

3. On October 23, 2014, this Court entered an Order Granting Final Approval to Class Action Settlement and Final Judgment (Docket Entry 178). This Order has been appealed to the U.S. Court of Appeals for the Eleventh Circuit.

4. Plaintiffs' Counsel has requested that GCG estimate the additional Settlement Administration fees and costs resulting from the pending appeal. Based on previous experience, GCG estimates that the appeal will cause an increase of approximately $7,000 per month in ongoing Settlement Administration fees and expenses during the appeal period. If the appeal period extends the Settlement Administration duration by 12 months, the additional cost for Settlement Administration is estimated at approximately $84,000.00. Should the appeal period extend the Settlement Administration duration by 18 to 24 months, the additional estimated costs for Settlement Administration will be approximately $126,000.00 to $168,000.00. The driving factors for additional fees and costs during the appeals period include record storage, communications services (use and maintenance of the toll-free interactive voice response number and live operator assistance), Settlement Website maintenance, and overall project management. If Class Member contact and communication levels increase or decrease, these estimates would change accordingly.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of November 2014 at Seattle, Washington.

_Jennifer M. Keough_
JENNIFER M. KEOUGH