UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-60749-CIV-COHN

CARINA HAMILTON f/k/a LISA MONTI
and DAVID S. WIEDER, on behalf of themselves
and all others similarly situated;

    Plaintiffs,

v.

SUNTRUST MORTGAGE INC., et al.

    Defendants.
_____/

## NOTICE OF MOOTNESS AND WITHDRAWAL OF MOTION

In light of the pending Unopposed Motion to Dismiss Appeal dated December 19, 2014 (attached as Exhibit A), Class Counsel provides notice that Class Counsel's Motion to Require Posting of Appeal Bond by the Sole Objector-Appellants [D.E. 188] is therefore moot and accordingly withdrawn at this time.

Respectfully submitted this 22nd day of December 2014.

By: /s/ Lance A. Harke

| | |
|---|---|
| Adam M. Moskowitz, Esq.<br>amm@kttlaw.com<br>Tucker Ronzetti, Esq.<br>tr@kttlaw.com<br>Rachel Sullivan, Esq.<br>rs@kttlaw.com<br>Robert J. Neary, Esq.<br>rn@kttlaw.com<br>**KOZYAK, TROPIN, &**<br>**THROCKMORTON**<br>2525 Ponce de Leon Blvd., 9th Floor<br>Coral Gables, FL 33134<br>Telephone:  (305) 372-1800<br>Facsimile:   (305) 372-3508<br>*Counsel for Plaintiffs* | Lance A. Harke, P.A.<br>lharke@harkeclasby.com<br>Sarah Engel, Esq.<br>sengel@harkeclasby.com<br>Howard M. Bushman, Esq.<br>hbushman@harkeclasby.com<br>**HARKE CLASBY & BUSHMAN LLP**<br>9699 NE Second Avenue<br>Miami Shores, Florida 33138<br>Telephone:     (305) 536-8220<br>Facsimile:<br>*Counsel for Plaintiffs* |
| Aaron S. Podhurst, Esq.<br>apodhurst@podhurst.com<br>Peter Prieto, Esq.<br>pprieto@podhurst.com<br>John Gravante, III, Esq.<br>jgravante@podhurst.com<br>Matthew Weinshall, Esq.<br>mweinshall@podhurst.com<br>**PODHURST ORSECK, P.A.**<br>City National Bank Building<br>25 West Flagler Street, Suite 800<br>Miami, Florida 33130<br>Telephone:                      305-358-2800<br>Facsimile: 305-358-2382<br>*Counsel for Plaintiffs* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on the 22nd day of December, 2014 and served by the same means on all counsel of record.

By:  s/ Lance A. Harke