**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED BY ____ HH
Deputy Clerk

**Jan 12, 2015**

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 12, 2015

Christopher A. Bandas
Bandas Law Firm, PC
500 N SHORELINE STE 1020
CORPUS CHRISTI, TX 78401

Santiago A. Cueto
Attorney at Law
4000 PONCE DE LEON BLVD STE 470
CORAL GABLES, FL 33146-1432

Appeal Number:  14-14892-A
Case Style:  Amirali Jabrani, et al v. Suntrust Mortgage Inc., et al
District Court Docket No:  0:13-cv-60749-JIC

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See
11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a
motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such
order. No additional time shall be allowed for mailing."

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Denise E. O'Guin, A
Phone #: (404) 335-6188

Enclosure(s)

DIS-4 Multi-purpose dismissal letter