**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303



John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 12, 2015

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 14-14892-A
Case Style: Amirali Jabrani, et al v. Suntrust Mortgage Inc., et al
District Court Docket No: 0:13-cv-60749-JIC

The referenced appeal was dismissed on 01/12/2015.

This dismissal was issued in error and this appeal has been clerically reinstated.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Denise E. O'Guin, A
Phone #: (404) 335-6188

REINST-1 Appeal Reinstated