# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED BY __HH__ Deputy Clerk
**Jan 23, 2015**
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 23, 2015

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 14-14892-A
Case Style: Amirali Jabrani, et al v. Suntrust Mortgage Inc., et al
District Court Docket No: 0:13-cv-60749-JIC

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Denise E. O'Guin, A
Phone #: (404) 335-6188

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-14892-A

_____

CARINA HAMILTON, etc., et al.,

                                                                           Plaintiffs,

AMIRALI JABRANI,
JANET JABRANI,

                                                      Interested Parties - Appellants,

versus

SUNTRUST MORTGAGE, INC.,
STERLING NATIONAL INSURANCE AGENCY, et al.,

                                                             Defendants - Appellees.

_____

On Appeal from the United States District Court for the
Southern District of Florida

_____

BEFORE:    WILLIAM PRYOR and JULIE CARNES, Circuit Judges.

BY THE COURT:

      Appellants' voluntary motion to dismiss the appeal with prejudice, with each party to bear its own costs, is GRANTED.